[No. 73715-5-I. Division One. August 29, 2016.]

MOSES H. MA ET AL., *Appellants*, v. JAMES LARSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-05672-7, Veronica Alicea Galván, J., entered August 4, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Spearman, JJ.

[No. 73739-2-I. Division One. August 29, 2016.]

JAMES W. BRUCE, *Appellant*, v. HOLLAND RESIDENTIAL, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-06880-8, Timothy A. Bradshaw, J., entered June 19, 2015. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Trickey, A.C.J., and Spearman, J.

[No. 73832-1-I. Division One. August 29, 2016.]

PAUL M. DWIGHT ET AL., *Respondents*, v. TANYA J. KEPPLER-KNAUS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Island County, No. 14-2-00761-7, Alan R. Hancock, J., entered July 13, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Trickey, A.C.J., and Appelwick, J.

[No. 74008-3-I. Division One. August 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL C. MCKINNON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-00083-1, Marybeth Dingledy, J., entered August 25, 2015. *Reversed* by unpublished opinion per Cox, J., concurred in by Verellen, C.J., and Trickey, J.